**Order entered May 22, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00256-CV

### IN THE INTEREST OF M.F. AND L.B., CHILDREN

**On Appeal from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 85,906**

## ORDER

This appeal involves the termination of appellant's parental rights. Before the Court is appellee's May 20, 2019 motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **June 10, 2019**. We caution appellee that further extension requests will be disfavored.


/s/     ERIN A. NOWELL
        JUSTICE